# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LANDIS CAMP | CIVIL ACTION |
| VERSUS | NO. 11-2978 |
| STATE OF LOUISIANA | SECTION "I" (6) |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

This court, on March 22, 2012, determined that the petition for habeas corpus filed by Landis Camp was subject to dismissal without prejudice due to Camp's failure to exhaust his state court remedies. (Fed. rec., doc. 14). Accordingly;

## RECOMMENDATION

It is hereby **RECOMMENDED** that Camp's Motion to Correct an Illegal Sentence (fed. rec., doc. 12) and Motion to Amend/Correct Illegal Sentence (fed. rec., doc. 13) be **DISMISSED** as moot.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions

accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. 28 U.S.C. §636(b)(1); *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996)(*en banc*).[1]

New Orleans, Louisiana, this __26th__ day of _____March_____, 2012.

_____  
LOUIS MOORE, JR.  
United States Magistrate Judge

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. §636(b)(1) was amended to extend that period to fourteen days.