UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LANDIS CAMP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2978** |
| **STATE OF LOUISIANA** | **SECTION "I" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the original Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the original Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Landis Camp for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITHOUT PREJUDICE** due to his failure to exhaust his state court remedies.  **IT IS FURTHER ORDERED** that the motions to correct illegal sentence (rec. docs. 12 and 13) are hereby **DENIED**.

New Orleans, Louisiana, this ____16th____ day of April, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE